IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD L. EDWARDS, | ) | 1:09cv1002 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 13) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 9, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before March 7, 2010. Defendant's opposition, if any, shall be filed on or before April 6, 2010. Plaintiff's reply shall be filed on or before April 21, 2010.

IT IS SO ORDERED.

Dated: **February 10, 2010**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1