BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CLIFFORD EDWARDS, )<br>    Plaintiff, )<br>            )<br>        v. )<br>             )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>    Defendant. )<br>_____) | CIVIL NO. 1:09-CV-01002 DLB<br><br>MOTION FOR EXTENSION OF TIME AND ORDER |

    Defendant, through his undersigned attorney, moves for a FIRST extension of time of 37 days, up to and including May 14, 2010, in which to respond to Plaintiff's opening brief.  The undersigned attorney for the Commissioner originally miscalendared the brief due date for April 19, 2010.  Even with that mistake, she was unable to complete the brief, and, on April 20, 2010, via email, Plaintiff's attorney agreed to an extension until April 23, 2010.  However, the Commissioner's attorney was unable to complete the brief by April 23, 2010.  This is due to the fact that she has unexpectedly missed work due to illness and is also going to be out of the office from April 26 until May 10, 2010 and has thus had to complete a substantial amount of work prior to her departure including briefs that had previously been extended.  The Commissioner's attorney emailed Plaintiff's counsel with her updated extension request late on Thursday, April 22, 2010, and called counsel's office on Friday, April 23, 2010, but Plaintiff's

counsel's office closes early on Fridays. Thus, the parties have not been able to contact each other in regard to the updated extension request and the Commissioner's attorney was unable to file a stipulation.

The undersigned apologizes for any inconvenience and respectfully requests an extension of time until May 14, 2010 in which to file the Commissioner's response to Plaintiff's opening brief.

                                     Respectfully submitted,

Dated: April 23, 2010          BENJAMIN B. WAGNER
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/ Elizabeth Firer*
                                     ELIZABETH FIRER
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

IT IS SO ORDERED.

    Dated:  **May 6, 2010**                **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE